JS-6

| | |
|---|---|
| OXGORD, INCORPORATED, a California Corporation<br>　　　　　Plaintiff,<br>v.<br>THE CHROME WAREHOUSE, LLC, a South Carolina limited liability company; and DOES 1 through 10, Inclusive,<br>　　　　　Defendants. | Case No.: 2:16-cv-09015-JFW-GJS<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Action Filed: December 5, 2016 |

## **[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court orders as follows:

The action is hereby dismissed, with prejudice, in its entirety.

**IT IS SO ORDERED.**

DATED: __September 15, 2017__　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

---
**STIPULATION FOR DISMISSAL WITH PREJUDICE**
- 1 -